IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

ERIC ROBINSON,

        Plaintiff.

No. C 13-5031 WHA (PR)

**ORDER OF DISMISSAL**

On October 29, 2013, plaintiff, a prisoner of the State of California, filed a letter complaining of actions by prison employees. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. Plaintiff states in a second letter that he does not want to file a civil rights complaint, but rather a "citizen's complaint" under state law. To the extent such a complaint is authorized under state law, it must be filed in state court, not in federal court. In any event, more than thirty days have passed, and plaintiff has not submitted an IFP application or paid the filing fee. Accordingly, this case is **DISMISSED** without prejudice to plaintiff filing a civil rights complaint in a new case in which he either pays the filing fee for files an IFP application.

Pursuant to the order of dismissal, judgment is entered against plaintiff.

**IT IS SO ORDERED.**

Dated: December __5__, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE